PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

  v.            Crim. No.  02-580-02

Ashante Richardson

On November 22, 2006, the above named was placed on supervised release for a period of five (5) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

United States Probation Officer  
Elizabeth A. Villa

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _27th_ day of _September_, 20_10_.

United States District Judge